UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK R. MILLER,<br><br>        Plaintiff,<br><br>    v.<br><br>HAGGEN, INC.,<br><br>        Defendant. | NO. CV-07-395-EFS<br><br>**ORDER OF DISMISSAL** |

    By Stipulation filed November 26, 2008 (Ct. Rec. 12), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

    Therefore, **IT IS ORDERED**:

    1. The Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and **without costs** or fees awarded to any party;

    2. All pending trial and hearing dates are stricken; and

    3. This file shall be closed.

    **IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and distribute copies to counsel.

    **DATED** this  2nd   day of December 2008.

                                      S/ Edward F. Shea
                                        EDWARD F. SHEA
                             United States District Judge

Q:\Civil\2007\395.Stip.Dismiss.wpd

ORDER * 1